Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMY T. RUIZ, | Case No. 2:17-cv-00420-JCM-GWF |
| Plaintiff, | |
| vs. | **SECOND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| PLUSFOUR, INC.; RM GALACIA, INC. d/b/a PROGRESSIVE MANAGEMENT SYSTEMS; DITECH FINANCIAL LLC; SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC., | |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Jimmy T. Ruiz has no opposition. This is Equifax's second request for such an extension. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended one week from the first extended deadline of March 20, 2017 through and including **March 27, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause

delay.

Respectfully submitted, this 21st day of March, 2017.

SNELL & WILMER LLP

By: /s/ Bradley Austin, Esq.
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ Allison R. Schmidt, Esq.
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ., LLC
8465 W. Sahara Avenue
Suite 111-504
Las Vegas, NV 89117
Phone: (702) 387-7222
Email: Allison@nevadaslawyers.com

*Attorney for Plaintiff Jimmy T. Ruiz*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 3/22/2017

- 2 -