**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
COUNSEL FOR DEFENDANT TRANS UNION LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY T. RUIZ;<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC.; RM GALICIA, INC. d/b/a PROGRESSIVE MANAGEMENT SYSTEMS; DITECH FINANCIAL, LLC; SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:17-cv-00420-JCM-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Plaintiff Jimmy T. Ruiz, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff Jimmy T. Ruiz and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of this lawsuit are hereby dismissed with prejudice, in accordance with Fed. R. Civ. P. 41(a),

/ / /

/ / /

/ / /

4823-8969-2235.1

STIPULATION OF DISMISSAL

1

with court costs and attorney's fees to be paid by the party incurring same.

DATED: July 6, 2017.

| ALLISON R. SCHMIDT ESQ. LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Allison R. Schmidt | /s/ Jason G. Revzin |
| ALLISON R. SCHMIDT | JASON G. REVZIN |
| Nevada Bar No. 10743 | Nevada Bar No. 8629 |
| 8465 W. Sahara Ave., Suite 111-504 | 6385 S. Rainbow Blvd., Suite 600 |
| Las Vegas, NV 89117 | Las Vegas, NV 89118 |
| Telephone: (702) 387-7222 | Telephone: (702) 893-3383 |
| Facsimile: (702) 387-7222 | Facsimile: (702) 893-3789 |
| allisonschmidtesq@gmail.com | jason.revzin@lewisbrisbois.com |
| **Counsel for Plaintiff** | **Counsel for Trans Union LLC** |

IT IS SO ORDERED August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE