Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R SCHMIDT ESQ. LLC
8465 W. Sahara Ave., Suite 111-504
Las Vegas, NV 89117
Email: allisonschmidtesq@gmail.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY T. RUIZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC.; RM GALICIA, INC. DBA PROGRESSIVE MANAGEMENT SYSTEMS; DITECH FINANCIAL, LLC; SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and INNOVIS DATASOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00420-JCM-GWF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE - 1

PLEASE TAKE NOTICE that pursuant to FRCO41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant EQUIFAX INFORMATION SERVICES, LLC from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 17th day of January, 2018.

| /s/ *Allison R. Schmidt* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> Allison R. Schmidt, Esq. <br> Nevada Bar No. 10743 <br> ALLISON R SCHMIDT ESQ. LLC <br> 8465 W. Sahara Ave., Suite 111-504 <br> Las Vegas, NV 89117 <br> Email: allisonschmidtesq@gmail.com <br> *Counsel for Plaintiff* | Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br> Email: asharples@nblawnv.com <br><br> Andrew Michael Cummings, Esq. <br> JONES DAY <br> 3161 Michelson Drive, Ste. 800 <br> Irvine, CA 92612 <br> Email: acummings@jonesday.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* |
| /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No.13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br><br> *Counsel for Defendant* <br> *Equifax Information Services, LLC* | |

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE - 2

# **ORDER GRANTING STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED January 18, 2018.